

# United States District Court
# Eastern District of California

| KEYONNA DANIELS | Case Number: 2:25-cv-00616-SCR |
|---|---|

Plaintiff(s)

V.

| EAGLE FAMILY FOODS GROUP, LLC |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Jeffrey Mayer** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

EAGLE FAMILY FOODS GROUP, LLC D/B/A EAGLE FOODS

On **11/25/1986** (date), I was admitted to practice and presently in good standing in the **Illinois state** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **04/10/2025**    Signature of Applicant: /s/ **Jeffrey Mayer**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeffrey Mayer |
| Law Firm Name: | Akerman LLP |
| Address: | 71 South Wacker Drive |
| | 47th Floor |
| City: | Chicago    State: IL    Zip: 60606 |
| Phone Number w/Area Code: | (312) 634-5700 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | jeffrey.mayer@akerman.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Evelina Gentry |
| Law Firm Name: | Akerman LLP |
| Address: | 633 West Fifth Street |
| | Suite 6400 |
| City: | Los Angeles    State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 688-9500    Bar #: 296796 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 17, 2025

*/s/ Sean C. Riordan*
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

| | |
|---|---|
| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, Illinois 60601-6219<br>(312) 565-2600  (800) 826-8625<br>Fax (312) 565-2320 | 3161 West White Oaks Drive, Suite 301<br>Springfield, IL 62704<br>(217) 546-3523  (800) 252-8048<br>Fax (217) 546-3785 |

Jeffrey Jay Mayer
Akerman LLP
71 South Wacker Drive
Suite 4700
Chicago, IL 60606-4716

Chicago
Monday, March 24, 2025

In re: Jeffrey Jay Mayer
Admitted: 11/25/1986
Attorney No. 6194013

To Whom It May Concern:

We have received a request for written verification of the status of Jeffrey Jay Mayer in connection with the attorney's application, motion or petition for permission to appear *pro hac vice* in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Jeffrey Jay Mayer was admitted to practice law in Illinois on 11/25/1986.  Jeffrey Jay Mayer is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

Very truly yours,
Lea S. Gutierrez
Administrator


By: /s/ *Tangelia Butler*
      Tangelia Butler
      Deputy Registrar


TB

4928-1761-8478, v. 1

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Jeffrey Jay Mayer

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/25/1986 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 7th day of March, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois