| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | NOV 26 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KEYONNA DANIELS,

    Plaintiff - Appellant,

v.

EAGLE FAMILY FOODS GROUP, LLC,

    Defendant - Appellee.

No. 25-5205

D.C. No. 2:25-cv-00616-SCR
Eastern District of California,
Sacramento

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 13), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT